UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| APR 06 2022 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

STEVE MARQUEZ,

        Plaintiff - Appellee,

 v.

C. RODRIGUEZ, Correctional Officer at M.C.C. Federal Prison and L. KELLY, Correctional Officer at M.C.C. Federal Prison,

        Defendants - Appellants,

 and

UNITED STATES OF AMERICA; et al.,

        Defendants.

No. 21-55981

D.C. No. 3:18-cv-00434-CAB-NLS
U.S. District Court for Southern California, San Diego

**ORDER**

The answering brief submitted on April 6, 2022 is filed.

Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7